

# CT Corporation

**Service of Process Transmittal**
07/11/2016
CT Log Number 529484377

| | |
|---|---|
| **TO:** | Ellen Klaus<br>AbbVie Inc.<br>1 N Waukegan Rd, AP34-2, DV33C<br>North Chicago, IL 60064-1802 |
| **RE:** | **Process Served in Alaska** |
| **FOR:** | AbbVie Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MICI-IAEL CUSACK, Pltf. vs. ABBOTT LABORATORIES, INC., et al., Dfts. // To: AbbVie, Inc. |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint, Demand |
| **COURT/AGENCY:** | Alaska District - U.S. District Court - Anchorage Division, AK<br>Case # 3AN166188CI |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Humira |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/11/2016 postmarked on 07/08/2016 |
| **JURISDICTION SERVED :** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the date of receipt |
| **ATTORNEY(S) / SENDER(S):** | Phillip Paul Wedner<br>Weidner Associates, APC<br>943 West Sixth Avenue<br>Anchorage, AL 99501<br>907-276-1200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/12/2016, Expected Purge Date: 07/17/2016<br><br>Image SOP<br><br>Email Notification,  Ellen Klaus  ellen.klaus@abbvie.com<br><br>Email Notification,  Shari Blum  shari.blum@abbvie.com<br><br>Email Notification,  Dana Padjen  dana.Padjen@abbvie.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801<br>360-357-6794 |

Page 1 of  1 / KP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Notice of Removal Exhibit
Page 1 of 68

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 1 of 68

Phillip Paul Weidner & Associates
943 W 6th Ave, Ste 300
Anchorage, AK 99501



CERTIFIED MAIL®

9414 7266 9904 2025 6122 32
RETURN RECEIPT REQUESTED





US POSTAGE
$12.82º

Mailed From 99501
07/08/2016
031A 0004190699

ABBVIE, INC
C/O CT Corporation System
9360 Glacier Hwy, Ste. 202
Juneau, AK 99801

C
Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MICHAEL CUSACK,

_____ )
                    Plaintiff(s),  )
                                   )
vs.                                )
                                   )
ABBOTT LABORATORIES, INC., et al., )    CASE NO. 3AN- 16-  _0188 C1_
                                   )
_____   )    SUMMONS AND
                    Defendant(s).  )    NOTICE TO BOTH PARTIES
_____   )    OF JUDICIAL ASSIGNMENT

To Defendant:  ABBVIE, INC.

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave.,
Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition,
a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented)
PHILLIP PAUL WEIDNER_____, whose address is: 943 W. 6TH AVE., STE. 300  .
                                                        ANCHORAGE, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO:  Plaintiff and Defendant

You are hereby given notice that:

☑  This case has been assigned to Superior Court Judge _H. T. Haffner_
   and Master _____.

☐  This case has been assigned to District Court Judge _____.

                                              CLERK OF COURT

_4·22·16_                                     By:_____
   Date                                              Deputy Clerk

I certify that on _4-22-16_ a copy of this Summons was   ☐  mailed   ☑  given to
☐  plaintiff   ☑  plaintiff's counsel along with a copy of the
☐  Domestic Relations Procedural Order   ☐  Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.                    Notice of Removal Exhibit

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK,                            ) | |
| )  | |
|        Plaintiff,                        ) | |
| )  | |
|   v.                                              ) | |
| )  | |
| ABBOTT LABORATORIES, INC.;          ) | |
| ABBVIE, INC; ABBVIE                        ) | |
| ENDOCRINOLOGY INC.; ABBVIE US    ) | |
| LLC; PREDECESSORS AND/OR           )  | Case No. 3AN-16-_____ CI |
| SUCCESSORS IN INTEREST OF           ) | |
| ABBOTT LABORATORIES AND/OR       ) | |
| ABBVIE INC. AND/OR ABBVIE            ) | |
| ENDOCRINOLOGY INC. AND/OR          ) | |
| ABBVIE US LLC; LOUISE KRESSLY;     ) | |
| JOHN/JANE DOES 1-10,                      ) | |
| )  | |
|        Defendants.                     ) | |
| _____ ) | |



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK, ) | COPY |
| ) | Original Received |
| Plaintiff, ) | |
| v. ) | APR 2 2 2016 |
| ) | |
| ABBOTT LABORATORIES, INC.; ) | Clerk of the Trial Courts |
| ABBVIE, INC; ABBVIE ) | |
| ENDOCRINOLOGY INC.; ABBVIE US ) | |
| LLC; PREDECESSORS AND/OR ) | Case No. 3AN-16-_0188_ CI |
| SUCCESSORS IN INTEREST OF ) | |
| ABBOTT LABORATORIES AND/OR ) | |
| ABBVIE INC. AND/OR ABBVIE ) | |
| ENDOCRINOLOGY INC. AND/OR ) | |
| ABBVIE US LLC; LOUISE KRESSLY; ) | |
| JOHN/JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT

COMES NOW the Plaintiff Michael Cusack, by and through Counsel Phillip Paul

Weidner of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby

states, pleads, alleges, claims, and complains as his causes of action in the instant matter

as follows:

## PARTIES

1.    Plaintiff Michael Cusack was and is a resident of the State of Alaska at all

times pertinent hereto. Plaintiff was prescribed Humira, allegedly for Crohn's disease,

around 2008 and he used same. Two drug company representatives, Louise Kressley, and

John/Jane Doe 1, were frequently urging Plaintiff, who is a dermatologist, to order

Humira for his patients, for a number of conditions, including psoriasis. The drug

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

representatives failed to warn Plaintiff of the risks of taking Humira. The drug representatives also urged Plaintiff to increase the dosage of Humira he was taking.

2. Prior to taking Humira, Plaintiff did not have heart problems. He suffers from a left bundle branch block, a defect in the bundle branches or fascicles in the electric conduction system of the heart. He also has premature ventricular contractions, which cause abnormal heartbeat. He presently has a cardiomyopathy diagnosis. None of these conditions were present before Plaintiff took Humira. At the time he took Humira starting in 2008, on information and belief, Abbott Laboratories Defendants did not warn of the potential side effects/complications of taking Humira. Plaintiff learned of the connection between Humira and his heart problems within the past two years.

3. Defendant ABBOTT LABORATORIES, INC., is a corporation, and was doing business in Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska. Abbott Laboratories designed and/or manufactured and/or distributed and/or sold Humira throughout the world, and specifically to Alaska.

4. Defendant ABBVIE, INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Notice of Removal Exhibit
Page 2 of 7
Page 6 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 6 of 68

the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

5.      Defendant ABBVIE ENDOCRINOLOGY INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie Endocrinology, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie Endocrinology, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

6.      Defendant ABBVIE US LLC, is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie U.S., LLC, either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie U.S., LLC is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

7.      Defendant LOUISE KRESSLY and John/Jane Does 1-10, are, upon information and belief, agent(s) and/or manager(s) and/or employee(s) and/or independent contractor(s) of Abbott Laboratories and/or Abbvie, Inc., at all times pertinent hereto. Suit is brought as to Louise Kressly as to personal liability and/or

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

respondeat superior liability/vicarious liability of Abbott Laboratories and/or Abbvie, Inc. In addition, upon information and belief Louise Kressly and/or John/Jane Does 1-10, are and/or were residents of the State of Alaska at the pertinent time hereto. Further, upon information and belief, Louise Kressly and/or John/Jane Doe 1, distributed and/or sold the Humira to Plaintiff and to Plaintiff's medical providers. Furthermore, Ms. Kressly and/or John/Jane Doe 1 failed to warn of the risks of Humira, engaged in medical malpractice by urging Plaintiff to increase his dosage.

8.      Defendants JOHN/JANE DOES 2-10 are entities and/or individuals presently unknown to Plaintiff, who were either related or affiliated with Abbott Laboratories, and/or Abbvie, Inc, and/or Abbvie Endocrinology Inc., and/or Abbvie U.S. LLC, and/or Louise Kressly, and/or involved in the design, manufacture, selling, advertising, warranting, and/or distributing of the subject Humira drug, and/or involved in the research and/or testing, and/or marketing of said products and/or similar products, or responsible for same. The Defendants are collectively referred to as "Abbott Laboratories Defendants" and/or "Abbott Laboratories".

9.      It is the intent and purpose of the filing and service of this Complaint to make claims against and file suit against and give notice to all culpable Defendants, and to preserve Plaintiff's right to obtain relief from same, and all named Defendants are requested to notify all culpable Defendants and parties.

10.     All Defendants including all named defendants herein and John/Jane Doe defendants and any other culpable defendants referred to herein, are referred to as the Abbott Laboratories Defendants.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.* Notice of Removal Exhibit                                    Page 4 of 7
Case 3:16-cv-00166-SLG   Document 1-1 Page 8 of 68   Filed 08/01/16   Page 8 of 68

11.    At the time of the sale and/or use of the subject Humira and/or the injuries

to the Plaintiff, Abbott Laboratories Defendants were engaged in the business of

designing, and/or manufacturing, and/or selling, and/or distributing, and/or marketing

said alleged drug Humira and other similar products. The Abbott Laboratories

Defendants had an obligation and responsibility to design and manufacture and sell and

introduce into the stream or commerce, safe products fully tested with full disclosure of

the risks as well as full disclosure of all testing of the product and results. Humira

continued to be manufactured, marketed, sold, and Abbott Laboratories Defendants

refused to recall, and/or adequately warn, even after it became known that said product

could cause severe injury to the recipients including knowledge of prior injuries before

Plaintiff was prescribed the drug, leading to chronic heart problems, and was defectively

designed and/or manufactured and/or marketed without adequate warning and without

adequate testing or studies.

12.    On information and belief, neither the Abbott Laboratories Defendants,

nor their representatives informed Plaintiff, nor Plaintiff's health care providers, of

adverse effects as to use of the product, nor minimized the risk, nor provided appropriate

warnings and other information. They advertised the product as the best available such

product on the market at the time.

### FIRST CAUSE OF ACTION
### STRICT LIABILITY

13.    Plaintiff realleges, repleads, recomplains, and restates as to their causes of

action herein paragraphs 1 through 12 above as fully set out.

14.    Abbott Laboratories Defendants are strictly liable for the manner in which

Humira was designed, manufactured, advertised, warranted, and/or distributed, which did

Notice of Removal Exhibit

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

not perform as a reasonable consumer/user would expect, including Plaintiff Michael Cusack and his treating doctors.

## SECOND CAUSE OF ACTION
## NEGLIGENCE

15.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 14 above as fully set out.

16.     Abbott Laboratories Defendants are negligent in the manner in which they designed, manufactured, advertised, warranted, and/or warned the consumer/users of Humira of the failure rate, adverse events, and/or adverse consequences, and/or defective nature of Humira.

## THIRD CAUSE OF ACTION
## IMPLIED WARRANTY

17.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 16 above as fully set out.

18.     Abbott Laboratories Defendants are liable for breach of one or more implied warranties under the law as Humira did not perform as the medical providers and Michael Cusack would have expected as reasonable consumers.

## FOURTH CAUSE OF ACTION
## EXPRESS WARRANTY

19.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 18 above as fully set out.

20.     Abbott Laboratories Defendants are liable due to breach of care or express warranties, including misrepresenting to Plaintiff and treating doctors the benefits of Humira and minimizing the risks.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

## FIFTH CAUSE OF ACTION
## FAILURE TO WARN

21.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 20 above as fully set out.

22.     Abbott Laboratories Defendants are liable due to failure to warn and/or alert consumers of the injuries or diseases cause by Humira.

## SIXTH CAUSE OF ACTION
## PUNITIVE DAMGES

23.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 22 above as fully set out.

24.     The reckless and willful and grossly reckless and wanton actions of the Abbott Laboratories Defendants, with reckless and willful disregard for the consequences, warrant punitive damages as to the conduct of each and all of said Defendants, which was willful, wanton, reckless, and grossly reckless and in deliberate and willful disregard of all the foreseeable consequences; such that punitive damages in an appropriate amount should be awarded, given due regard for the net worth and insurance coverage of the Defendants, the enormous profits in the billions of dollars generated by Humira, and the reckless, willful, grossly negligent, culpable and wanton conduct of the Abbott Laboratories Defendants, to chill and deter and punish such conduct and failure to act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

1.     Imposition of compensatory damages jointly and/or severally against defendants in the maximum amount allowed under the law, in an amount in excess of $1,000,000;

2.     Punitive damages against the defendants in an amount in excess of $1,000,000;

3.     For appropriate prejudgment and post judgment interest in the maximum amount allowable by law;

4.     For costs and attorney's fees in the maximum amount allowable under the law;

5.     For each and other relief the Court deems just and equitable.


RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

Phillip Paul Weidner
ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA. 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

**COMPLAINT**
*Cusack v. Abbott Laboratories, et al.,*

Notice of Removal Exhibit

Page 8 of 7

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

**COMPLAINT**
*Cusack v. Abbott Laboratories, et al.;*

Notice of Removal Exhibit

Page 13 of 68

Page 9 of 7

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 13 of 68

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

Original Received

APR 2 2 2016

Clerk of the Trial Courts

| | |
|---|---|
| MICHAEL CUSACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES, INC.; ) | |
| ABBVIE, INC; ABBVIE ) | |
| ENDOCRINOLOGY INC.; ABBVIE US ) | |
| LLC; PREDECESSORS AND/OR ) | Case No. 3AN-16- $\underline{6\ 88}$ CI |
| SUCCESSORS IN INTEREST OF ) | |
| ABBOTT LABORATORIES AND/OR ) | |
| ABBVIE INC. AND/OR ABBVIE ) | |
| ENDOCRINOLOGY INC. AND/OR ) | |
| ABBVIE US LLC; LOUISE KRESSLY; ) | |
| JOHN/JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEMAND FOR JURY TRIAL

Plaintiff, by and through counsel, hereby requests and demands a jury trial pursuant to the United States and Alaska Constitutions, and Alaska Rule of Civil Procedure 38, as to all issues so triable.

RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

Phillip Paul Weidner

Phillip Paul Weidner
ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

CT Corporation

TO: Ellen Klaus
AbbVie Inc.
1 N Waukegan Rd, AP34-2, DV33C
North Chicago, IL 60064-1802

RE: **Process Served in Alaska**

FOR: AbbVie US LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MICHAEL CUSACK, Pltf. vs. ABBOTT LABORATORIES, INC., et al., Dfts. // To: AbbVie US LLC |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint, Demand |
| **COURT/AGENCY:** | Alaska District - U.S. District Court - Anchorage Division, AK<br>Case # 3AN166188CI |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Humira |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/11/2016 postmarked on 07/08/2016 |
| **JURISDICTION SERVED :** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days after the date of receipt |
| **ATTORNEY(S) / SENDER(S):** | Phillip Paul Wedner<br>Weldner Associates, APC<br>943 West Sixth Avenue<br>Suite 300<br>Anchorage, AL 99501<br>907-276-1200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/12/2016, Expected Purge Date: 07/17/2016<br><br>Image SOP<br><br>Email Notification, Ellen Klaus  ellen.klaus@abbvie.com<br><br>Email Notification, Shari Blum  shari.blum@abbvie.com<br><br>Email Notification, Dana Padjen  dana.Padjen@abbvie.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801<br>360-357-6794 |

Page 1 of  1 / KP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Phillip Paul Weidner & Associates
943 W 6th Ave, Ste 300
Anchorage, AK 99501

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

ABBVIE US LLC
C/O CT Corporation System
9360 Glacier Hwy, Ste. 202
Juneau, AK 99801

**CERTIFIED MAIL ®**

9414 7266 9904 2025 6122 87
RETURN RECEIPT REQUESTED





US POSTAGE
$12.82°
Mailed From 99501
07/08/2016
031A 0004197699

Thank you for using Return Receipt Service

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MICHAEL CUSACK,                          )
                                         )
                                         )
                          Plaintiff(s),  )
                                         )
vs.                                      )
                                         )
ABBOTT LABORATORIES, INC., et al.,       )     CASE NO. 3AN- 16-  6188 CI
                                         )
                                         )     SUMMONS AND
                          Defendant(s).  )     NOTICE TO BOTH PARTIES
                                         )     OF JUDICIAL ASSIGNMENT

To Defendant: ABBVIE US LLC

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave.,
Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition,
a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented)
PHILLIP PAUL WEIDNER_____, whose address is: 943 W. 6TH AVE., STE. 300 .
                                                     ANCHORAGE, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _Pfiffner_
   and Master _____.

☐ This case has been assigned to District Court Judge _____.

                                        CLERK OF COURT

4-22-16                                 By:_____
Date                                         Deputy Clerk

I certify that on 4-22-16 _____ a copy of this Summons was    ☐ mailed    ☑ given to
☐ plaintiff  ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order  ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

Notice of Removal Exhibit

CIV-100 ANCH (6/10)(st.3)                              Civil Rules 4, 5, 12, 42(c), 55
SUMMONS Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 17 of 68

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL CUSACK, )
)
          Plaintiff, )
)
v. )
)
ABBOTT LABORATORIES, INC.; )
ABBVIE, INC; ABBVIE )
ENDOCRINOLOGY INC.; ABBVIE US )
LLC; PREDECESSORS AND/OR )    Case No. 3AN-16-_____ CI
SUCCESSORS IN INTEREST OF )
ABBOTT LABORATORIES AND/OR )
ABBVIE INC. AND/OR ABBVIE )
ENDOCRINOLOGY INC. AND/OR )
ABBVIE US LLC; LOUISE KRESSLY; )
JOHN/JANE DOES 1-10, )
)
          Defendants. )
_____ )



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | | |
|---|---|---|
| MICHAEL CUSACK, | ) | COPY |
| | ) | Original Received |
| Plaintiff, | ) | |
| v. | ) | APR 2 2 2016 |
| | ) | |
| ABBOTT LABORATORIES, INC.; | ) | Clerk of the Trial Courts |
| ABBVIE, INC; ABBVIE | ) | |
| ENDOCRINOLOGY INC.; ABBVIE US | ) | |
| LLC; PREDECESSORS AND/OR | ) | Case No. 3AN-16-_0188_ CI |
| SUCCESSORS IN INTEREST OF | ) | |
| ABBOTT LABORATORIES AND/OR | ) | |
| ABBVIE INC. AND/OR ABBVIE | ) | |
| ENDOCRINOLOGY INC. AND/OR | ) | |
| ABBVIE US LLC; LOUISE KRESSLY; | ) | |
| JOHN/JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

COMES NOW the Plaintiff Michael Cusack, by and through Counsel Phillip Paul Weidner of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby states, pleads, alleges, claims, and complains as his causes of action in the instant matter as follows:

## PARTIES

1.      Plaintiff Michael Cusack was and is a resident of the State of Alaska at all times pertinent hereto. Plaintiff was prescribed Humira, allegedly for Crohn's disease, around 2008 and he used same. Two drug company representatives, Louise Kressley, and John/Jane Doe 1, were frequently urging Plaintiff, who is a dermatologist, to order Humira his patients, for a number of conditions, including psoriasis. The drug

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

representatives failed to warn Plaintiff of the risks of taking Humira. The drug representatives also urged Plaintiff to increase the dosage of Humira he was taking.

2.    Prior to taking Humira, Plaintiff did not have heart problems. He suffers from a left bundle branch block, a defect in the bundle branches or fascicles in the electric conduction system of the heart. He also has premature ventricular contractions, which cause abnormal heartbeat. He presently has a cardiomyopathy diagnosis. None of these conditions were present before Plaintiff took Humira. At the time he took Humira starting in 2008, on information and belief, Abbott Laboratories Defendants did not warn of the potential side effects/complications of taking Humira. Plaintiff learned of the connection between Humira and his heart problems within the past two years.

3.    Defendant ABBOTT LABORATORIES, INC., is a corporation, and was doing business in Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska. Abbott Laboratories designed and/or manufactured and/or distributed and/or sold Humira throughout the world, and specifically to Alaska.

4.    Defendant ABBVIE, INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
Cusack v. Abbott Laboratories, et al.    Notice of Removal Exhibit    Page 2 of 7
Case 3:16-cv-00166-SLG    Document 1-1    Page 20 of 68    Filed 08/01/16    Page 20 of 68

the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

5.      Defendant ABBVIE ENDOCRINOLOGY INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie Endocrinology, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie Endocrinology, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

6.      Defendant ABBVIE US LLC, is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie U.S., LLC, either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie U.S., LLC is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

7.      Defendant LOUISE KRESSLY and John/Jane Does 1-10, are, upon information and belief, agent(s) and/or manager(s) and/or employee(s) and/or independent contractor(s) of Abbott Laboratories and/or Abbvie, Inc., at all times pertinent hereto. Suit is brought as to Louise Kressly as to personal liability and/or

COMPLAINT
*Cusack v. Abbott Laboratories, et al.*

Page 3 of 7

respondeat superior liability/vicarious liability of Abbott Laboratories and/or Abbvie, Inc. In addition, upon information and belief Louise Kressly and/or John/Jane Does 1-10, are and/or were residents of the State of Alaska at the pertinent time hereto. Further, upon information and belief, Louise Kressly and/or John/Jane Doe 1, distributed and/or sold the Humira to Plaintiff and to Plaintiff's medical providers. Furthermore, Ms. Kressly and/or John/Jane Doe 1 failed to warn of the risks of Humira, engaged in medical malpractice by urging Plaintiff to increase his dosage.

8.     Defendants JOHN/JANE DOES 2-10 are entities and/or individuals presently unknown to Plaintiff, who were either related or affiliated with Abbott Laboratories, and/or Abbvie, Inc, and/or Abbvie Endocrinology Inc., and/or Abbvie U.S. LLC, and/or Louise Kressly, and/or involved in the design, manufacture, selling, advertising, warranting, and/or distributing of the subject Humira drug, and/or involved in the research and/or testing, and/or marketing of said products and/or similar products, or responsible for same. The Defendants are collectively referred to as "Abbott Laboratories Defendants" and/or "Abbott Laboratories".

9.     It is the intent and purpose of the filing and service of this Complaint to make claims against and file suit against and give notice to all culpable Defendants, and to preserve Plaintiff's right to obtain relief from same, and all named Defendants are requested to notify all culpable Defendants and parties.

10.     All Defendants including all named defendants herein and John/Jane Doe defendants and any other culpable defendants referred to herein, are referred to as the Abbott Laboratories Defendants.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.*

Notice of Removal Exhibit
Page 22 of 68

Page 4 of 7

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 22 of 68

11. At the time of the sale and/or use of the subject Humira and/or the injuries to the Plaintiff, Abbott Laboratories Defendants were engaged in the business of designing, and/or manufacturing, and/or selling, and/or distributing, and/or marketing said alleged drug Humira and other similar products. The Abbott Laboratories Defendants had an obligation and responsibility to design and manufacture and sell and introduce into the stream or commerce, safe products fully tested with full disclosure of the risks as well as full disclosure of all testing of the product and results. Humira continued to be manufactured, marketed, sold, and Abbott Laboratories Defendants refused to recall, and/or adequately warn, even after it became known that said product could cause severe injury to the recipients including knowledge of prior injuries before Plaintiff was prescribed the drug, leading to chronic heart problems, and was defectively designed and/or manufactured and/or marketed without adequate warning and without adequate testing or studies.

12. On information and belief, neither the Abbott Laboratories Defendants, nor their representatives informed Plaintiff, nor Plaintiff's health care providers, of adverse effects as to use of the product, nor minimized the risk, nor provided appropriate warnings and other information. They advertised the product as the best available such product on the market at the time.

## FIRST CAUSE OF ACTION
## STRICT LIABILITY

13. Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 12 above as fully set out.

14. Abbott Laboratories Defendants are strictly liable for the manner in which Humira was designed, manufactured, advertised, warranted, and/or distributed, which did

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Notice of Removal Exhibit

Page 5 of 7

not perform as a reasonable consumer/user would expect, including Plaintiff Michael Cusack and his treating doctors.

## SECOND CAUSE OF ACTION
## NEGLIGENCE

15. Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 14 above as fully set out.

16. Abbott Laboratories Defendants are negligent in the manner in which they designed, manufactured, advertised, warranted, and/or warned the consumer/users of Humira of the failure rate, adverse events, and/or adverse consequences, and/or defective nature of Humira.

## THIRD CAUSE OF ACTION
## IMPLIED WARRANTY

17. Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 16 above as fully set out.

18. Abbott Laboratories Defendants are liable for breach of one or more implied warranties under the law as Humira did not perform as the medical providers and Michael Cusack would have expected as reasonable consumers.

## FOURTH CAUSE OF ACTION
## EXPRESS WARRANTY

19. Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 18 above as fully set out.

20. Abbott Laboratories Defendants are liable due to breach of care or express warranties, including misrepresenting to Plaintiff and treating doctors the benefits of Humira and minimizing the risks.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.* Notice of Removal Exhibit
Page 6 of 7
Page 24 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 24 of 68

## FIFTH CAUSE OF ACTION
## FAILURE TO WARN

21.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 20 above as fully set out.

22.     Abbott Laboratories Defendants are liable due to failure to warn and/or alert consumers of the injuries or diseases cause by Humira.

## SIXTH CAUSE OF ACTION
## PUNITIVE DAMGES

23.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 22 above as fully set out.

24.     The reckless and willful and grossly reckless and wanton actions of the Abbott Laboratories Defendants, with reckless and willful disregard for the consequences, warrant punitive damages as to the conduct of each and all of said Defendants, which was willful, wanton, reckless, and grossly reckless and in deliberate and willful disregard of all the foreseeable consequences; such that punitive damages in an appropriate amount should be awarded, given due regard for the net worth and insurance coverage of the Defendants, the enormous profits in the billions of dollars generated by Humira, and the reckless, willful, grossly negligent, culpable and wanton conduct of the Abbott Laboratories Defendants, to chill and deter and punish such conduct and failure to act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Page 7 of 7

1.      Imposition of compensatory damages jointly and/or severally against defendants in the maximum amount allowed under the law, in an amount in excess of $1,000,000;

2.      Punitive damages against the defendants in an amount in excess of $1,000,000;

3.      For appropriate prejudgment and post judgment interest in the maximum amount allowable by law;

4.      For costs and attorney's fees in the maximum amount allowable under the law;

5.      For each and other relief the Court deems just and equitable.


RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

Phillip Paul Weidner
ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Page 8 of 7

FAX. (907) 278-6571
TEL. (907) 276-1200
ANCHORAGE ALASKA. 99501
943 WEST SIXTH AVENUE, SUITE 300
WEIDNER & ASSOCIATES, APC

**COMPLAINT**
*Cusack v. Abbott Laboratories, et al.,*

Notice of Removal Exhibit
Page 27 of 68

Page 9 of 7

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 27 of 68

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK, ) | Original Received |
| ) | |
| Plaintiff, ) | APR 2 2 2016 |
| ) | |
| v. ) | Clerk of the Trial Courts |
| ) | |
| ABBOTT LABORATORIES, INC.; ) | |
| ABBVIE, INC; ABBVIE ) | |
| ENDOCRINOLOGY INC.; ABBVIE US ) | |
| LLC; PREDECESSORS AND/OR ) | Case No. 3AN-16- $\omega | \theta \theta$     CI |
| SUCCESSORS IN INTEREST OF ) | |
| ABBOTT LABORATORIES AND/OR ) | |
| ABBVIE INC. AND/OR ABBVIE ) | |
| ENDOCRINOLOGY INC. AND/OR ) | |
| ABBVIE US LLC; LOUISE KRESSLY; ) | |
| JOHN/JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **DEMAND FOR JURY TRIAL**

Plaintiff, by and through counsel, hereby requests and demands a jury trial pursuant to the United States and Alaska Constitutions, and Alaska Rule of Civil Procedure 38, as to all issues so triable.

RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

Phillip Paul Weidner
ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

 **CT Corporation**

| | |
|---|---|
| **TO:** | Nichole Hilt, Administrative Assistant<br>Abbott Laboratories<br>Litigation AP6D/0324, 100 Abbott Park Road<br>Abbott Legal Division<br>Abbott Park, IL 60064 |
| **RE:** | **Process Served in Alaska** |
| **FOR:** | Abbott Laboratories Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MICHAEL CUSACK, Pltf. vs. Abbott Laboratories, Inc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Demand |
| **COURT/AGENCY:** | Anchorage District Court, AK<br>Case # 3AN166188CI |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Humira |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/12/2016 postmarked on 07/08/2016 |
| **JURISDICTION SERVED :** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after the date of receipt |
| **ATTORNEY(S) / SENDER(S):** | Phillip Paul Werder<br>WEIDNER & ASSOCIATES, APC<br>943 WEST SIXTH AVENUE, SUITE 300<br>ANCHORAGE, AK 99501<br>907-276-1200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/13/2016, Expected Purge Date: 07/18/2016<br><br>Image SOP<br><br>Email Notification, Nichole Hilt  nichole.hilt@abbott.com<br><br>Email Notification, Nichole Hilt  nichole.hilt@abbott.com<br><br>Email Notification, Denise Goff  Denise.Goff@abbott.com<br><br>Email Notification, Carolyn Thompson  carolyn.thompson@abbott.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801 |
| **TELEPHONE:** | 360-357-6794 |

Page 1 of  1 / HR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Weidner & Associates
943 W. Sixth Avenue
Suite 300
Anchorage, AK 99501



CERTIFIED MAIL®

9414 7266 9904 2025 6122 63
RETURN RECEIPT REQUESTED





US POSTAGE
$12.82⁰
Mailed From 99501
07/08/2016
031A 0004190699

ABBOTT LABORATORIES, INC.
C/O CT Corporation System
9360 Glacier Hwy, Ste. 202
Juneau, AK 99801

c

Thank you for using Return Receipt Service

Thank you for using Return Receipt Service

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF RETURN ADDRESS, FOLD AT DOTTED LINE

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MICHAEL CUSACK, )
                           )
                     Plaintiff(s), )
                           )
vs. )
                           )
ABBOTT LABORATORIES, INC., et al., )    CASE NO. 3AN-16-  $6188C$
                           )
                           )         SUMMONS AND
                 Defendant(s). )    NOTICE TO BOTH PARTIES
                           )    OF JUDICIAL ASSIGNMENT

To Defendant: __ABBOTT LABORATORIES, INC.__

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave.,
Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition,
a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented)
__PHILLIP PAUL WEIDNER_____, whose address is: __943 W. 6TH AVE., STE. 300__.
                                                               ANCHORAGE, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X]   This case has been assigned to Superior Court Judge __Fffner__
      and Master _____.

[ ]   This case has been assigned to District Court Judge _____.

                                            CLERK OF COURT

__4-22-16__
Date                           By:_____
                                               Deputy Clerk

I certify that on __4-22-16__ a copy of this Summons was   [ ] mailed   [X] given to
[ ] plaintiff   [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

CIV-100 ANCH (6/10)(st.3)      Notice of Removal Exhibit      Civil Rules 4, 5, 12, 42(c), 55
SUMMONS                      Page 32 of 68

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | | |
|---|---|---|
| MICHAEL CUSACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, INC.; | ) | |
| ABBVIE, INC; ABBVIE | ) | |
| ENDOCRINOLOGY INC.; ABBVIE US | ) | |
| LLC; PREDECESSORS AND/OR | ) | Case No. 3AN-16-_____ CI |
| SUCCESSORS IN INTEREST OF | ) | |
| ABBOTT LABORATORIES AND/OR | ) | |
| ABBVIE INC. AND/OR ABBVIE | ) | |
| ENDOCRINOLOGY INC. AND/OR | ) | |
| ABBVIE US LLC; LOUISE KRESSLY; | ) | |
| JOHN/JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL CUSACK, )
                                                      )               COPY
                    Plaintiff,                        )            Original Received
                                                      )
v.                                                    )            APR 2 2 2016
                                                      )
ABBOTT LABORATORIES, INC.;                            )          Clerk of the Trial Courts
ABBVIE, INC; ABBVIE                                   )
ENDOCRINOLOGY INC.; ABBVIE US                         )
LLC; PREDECESSORS AND/OR                              )          Case No. 3AN-16-$\underline{\cup | \mathcal{BB}}$     CI
SUCCESSORS IN INTEREST OF                             )
ABBOTT LABORATORIES AND/OR                            )
ABBVIE INC. AND/OR ABBVIE                             )
ENDOCRINOLOGY INC. AND/OR                             )
ABBVIE US LLC; LOUISE KRESSLY;                        )
JOHN/JANE DOES 1-10,                                  )
                                                      )
                    Defendants.                       )
_____               )

### COMPLAINT

COMES NOW the Plaintiff Michael Cusack, by and through Counsel Phillip Paul

Weidner of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby

states, pleads, alleges, claims, and complains as his causes of action in the instant matter

as follows:

### PARTIES

1.      Plaintiff Michael Cusack was and is a resident of the State of Alaska at all

times pertinent hereto. Plaintiff was prescribed Humira, allegedly for Crohn's disease,

around 2008 and he used same. Two drug company representatives, Louise Kressley, and

John/Jane Doe 1, were frequently urging Plaintiff, who is a dermatologist, to order

Humira for his patients, for a number of conditions, including psoriasis. The drug

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

representatives failed to warn Plaintiff of the risks of taking Humira. The drug representatives also urged Plaintiff to increase the dosage of Humira he was taking.

2.    Prior to taking Humira, Plaintiff did not have heart problems. He suffers from a left bundle branch block, a defect in the bundle branches or fascicles in the electric conduction system of the heart. He also has premature ventricular contractions, which cause abnormal heartbeat. He presently has a cardiomyopathy diagnosis. None of these conditions were present before Plaintiff took Humira. At the time he took Humira starting in 2008, on information and belief, Abbott Laboratories Defendants did not warn of the potential side effects/complications of taking Humira. Plaintiff learned of the connection between Humira and his heart problems within the past two years.

3.    Defendant ABBOTT LABORATORIES, INC., is a corporation, and was doing business in Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska. Abbott Laboratories designed and/or manufactured and/or distributed and/or sold Humira throughout the world, and specifically to Alaska.

4.    Defendant ABBVIE, INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

Notice of Removal Exhibit
Page 38 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 38 of 68

the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

5.     Defendant ABBVIE ENDOCRINOLOGY INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie Endocrinology, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie Endocrinology, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

6.     Defendant ABBVIE US LLC, is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie U.S., LLC, either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie U.S., LLC is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

7.     Defendant LOUISE KRESSLY and John/Jane Does 1-10, are, upon information and belief, agent(s) and/or manager(s) and/or employee(s) and/or independent contractor(s) of Abbott Laboratories and/or Abbvie, Inc., at all times pertinent hereto. Suit is brought as to Louise Kressly as to personal liability and/or

respondeat superior liability/vicarious liability of Abbott Laboratories and/or Abbvie, Inc. In addition, upon information and belief Louise Kressly and/or John/Jane Does 1-10, are and/or were residents of the State of Alaska at the pertinent time hereto. Further, upon information and belief, Louise Kressly and/or John/Jane Doe 1, distributed and/or sold the Humira to Plaintiff and to Plaintiff's medical providers. Furthermore, Ms. Kressly and/or John/Jane Doe 1 failed to warn of the risks of Humira, engaged in medical malpractice by urging Plaintiff to increase his dosage.

8. Defendants JOHN/JANE DOES 2-10 are entities and/or individuals presently unknown to Plaintiff, who were either related or affiliated with Abbott Laboratories, and/or Abbvie, Inc, and/or Abbvie Endocrinology Inc., and/or Abbvie U.S. LLC, and/or Louise Kressly, and/or involved in the design, manufacture, selling, advertising, warranting, and/or distributing of the subject Humira drug, and/or involved in the research and/or testing, and/or marketing of said products and/or similar products, or responsible for same. The Defendants are collectively referred to as "Abbott Laboratories Defendants" and/or "Abbott Laboratories".

9. It is the intent and purpose of the filing and service of this Complaint to make claims against and file suit against and give notice to all culpable Defendants, and to preserve Plaintiff's right to obtain relief from same, and all named Defendants are requested to notify all culpable Defendants and parties.

10. All Defendants including all named defendants herein and John/Jane Doe defendants and any other culpable defendants referred to herein, are referred to as the Abbott Laboratories Defendants.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

**COMPLAINT**
*Cusack v. Abbott Laboratories, et al.* Notice of Removal Exhibit Page 4 of 7
Page 42 of 68
Case 3:16-cv-00166-SLG Document 1-1 Filed 08/01/16 Page 42 of 68

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

11.   At the time of the sale and/or use of the subject Humira and/or the injuries to the Plaintiff, Abbott Laboratories Defendants were engaged in the business of designing, and/or manufacturing, and/or selling, and/or distributing, and/or marketing said alleged drug Humira and other similar products. The Abbott Laboratories Defendants had an obligation and responsibility to design and manufacture and sell and introduce into the stream or commerce, safe products fully tested with full disclosure of the risks as well as full disclosure of all testing of the product and results. Humira continued to be manufactured, marketed, sold, and Abbott Laboratories Defendants refused to recall, and/or adequately warn, even after it became known that said product could cause severe injury to the recipients including knowledge of prior injuries before Plaintiff was prescribed the drug, leading to chronic heart problems, and was defectively designed and/or manufactured and/or marketed without adequate warning and without adequate testing or studies.

12.   On information and belief, neither the Abbott Laboratories Defendants, nor their representatives informed Plaintiff, nor Plaintiff's health care providers, of adverse effects as to use of the product, nor minimized the risk, nor provided appropriate warnings and other information. They advertised the product as the best available such product on the market at the time.

## FIRST CAUSE OF ACTION
## STRICT LIABILITY

13.   Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 12 above as fully set out.

14.   Abbott Laboratories Defendants are strictly liable for the manner in which Humira was designed, manufactured, advertised, warranted, and/or distributed, which did

COMPLAINT
*Cusack v. Abbott Laboratories, et al.;*                                      Page 5 of 7
Notice of Removal Exhibit
Page 44 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 44 of 68

not perform as a reasonable consumer/user would expect, including Plaintiff Michael Cusack and his treating doctors.

## SECOND CAUSE OF ACTION
## NEGLIGENCE

15.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 14 above as fully set out.

16.     Abbott Laboratories Defendants are negligent in the manner in which they designed, manufactured, advertised, warranted, and/or warned the consumer/users of Humira of the failure rate, adverse events, and/or adverse consequences, and/or defective nature of Humira.

## THIRD CAUSE OF ACTION
## IMPLIED WARRANTY

17.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 16 above as fully set out.

18.     Abbott Laboratories Defendants are liable for breach of one or more implied warranties under the law as Humira did not perform as the medical providers and Michael Cusack would have expected as reasonable consumers.

## FOURTH CAUSE OF ACTION
## EXPRESS WARRANTY

19.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 18 above as fully set out.

20.     Abbott Laboratories Defendants are liable due to breach of care or express warranties, including misrepresenting to Plaintiff and treating doctors the benefits of Humira and minimizing the risks.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.*

Notice of Removal Exhibit
Page 46 of 68

Page 6 of 7

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 46 of 68

## FIFTH CAUSE OF ACTION
## FAILURE TO WARN

21.    Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 20 above as fully set out.

22.    Abbott Laboratories Defendants are liable due to failure to warn and/or alert consumers of the injuries or diseases cause by Humira.

## SIXTH CAUSE OF ACTION
## PUNITIVE DAMGES

23.    Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 22 above as fully set out.

24.    The reckless and willful and grossly reckless and wanton actions of the Abbott Laboratories Defendants, with reckless and willful disregard for the consequences, warrant punitive damages as to the conduct of each and all of said Defendants, which was willful, wanton, reckless, and grossly reckless and in deliberate and willful disregard of all the foreseeable consequences; such that punitive damages in an appropriate amount should be awarded, given due regard for the net worth and insurance coverage of the Defendants, the enormous profits in the billions of dollars generated by Humira, and the reckless, willful, grossly negligent, culpable and wanton conduct of the Abbott Laboratories Defendants, to chill and deter and punish such conduct and failure to act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA. 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,* Notice of Removal Exhibit                                      Page 7 of 7
Page 48 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 48 of 68

1. Imposition of compensatory damages jointly and/or severally against defendants in the maximum amount allowed under the law, in an amount in excess of $1,000,000;

2. Punitive damages against the defendants in an amount in excess of $1,000,000;

3. For appropriate prejudgment and post judgment interest in the maximum amount allowable by law;

4. For costs and attorney's fees in the maximum amount allowable under the law;

5. For each and other relief the Court deems just and equitable.


RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

Phillip Paul Weidner
ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA. 99501
TEL (907) 276-1200
FAX. (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*                                    Page 8 of 7

Notice of Removal Exhibit
Page 50 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 50 of 68

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Page 9 of 7

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL CUSACK, )
                 ) Original Received
    Plaintiff, )
                  ) APR 2 2 2016
v. )
                  ) Clerk of the Trial Courts
ABBOTT LABORATORIES, INC.; )
ABBVIE, INC; ABBVIE )
ENDOCRINOLOGY INC.; ABBVIE US )
LLC; PREDECESSORS AND/OR ) Case No. 3AN-16- _Ø|ꝑꝑ_ CI
SUCCESSORS IN INTEREST OF )
ABBOTT LABORATORIES AND/OR )
ABBVIE INC. AND/OR ABBVIE )
ENDOCRINOLOGY INC. AND/OR )
ABBVIE US LLC; LOUISE KRESSLY; )
JOHN/JANE DOES 1-10, )
                  )
    Defendants. )
_____ )

## DEMAND FOR JURY TRIAL

    Plaintiff, by and through counsel, hereby requests and demands a jury trial pursuant to the United States and Alaska Constitutions, and Alaska Rule of Civil Procedure 38, as to all issues so triable.

    RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

                WEIDNER & ASSOCIATES
                Counsel for Plaintiffs

                Phillip Paul Weidner
                ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

 **CT Corporation**

TO: Ellen Klaus
AbbVie Inc.
1 N Waukegan Rd, AP34-2, DV33C
North Chicago, IL 60064-1802

RE: **Process Served in Alaska**

FOR: Abbvie Endocrinology Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MICHAEL CUSACK, Pltf. vs. ABBOTT LABORATORIES, INC., et al., Dfts. // To: Abbvie Endocrinology Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand |
| **COURT/AGENCY:** | Alaska District - U.S. District Court - Anchorage Division, AK Case # 3AN166188CI |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Humira |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/11/2016 postmarked on 07/08/2016 |
| **JURISDICTION SERVED :** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Phillip Paul Weldner Weldner Associates, APC 943 West Sixth Avenue Suite 300 Anchorage, AK 99501 907-276-1200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/12/2016, Expected Purge Date: 07/17/2016 |
| | Image SOP |
| | Email Notification, Ellen Klaus ellen.klaus@abbvie.com |
| | Email Notification, Shari Blum shari.blum@abbvie.com |
| | Email Notification, Dana Padjen dana.Padjen@abbvie.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 9360 Glacier Highway Suite 202 Juneau, AK 99801 |
| **TELEPHONE:** | 360-357-6794 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Notice of Removal Exhibit
Page 55 of 68

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 55 of 68

Phillip Paul Weidner & Associates
943 W 6th Ave, Ste 300
Anchorage, AK 99501

Thank you for using Return Receipt Service

C

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

ABBVIE ENDOCRINOLOGY INC.
C/O CT Corporation System
9360 Glacier Hwy, Ste. 202
Juneau, AK 99801

9414 7266 9904 2025 6122 70
RETURN RECEIPT REQUESTED



CERTIFIED MAIL®

Thank you for using Return Receipt Service



US POSTAGE
$12.82
Mailed From 99501
07/08/2016
031A 1004190699

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MICHAEL CUSACK, )
)
_____ )
Plaintiff(s), )
vs. )
)
ABBOTT LABORATORIES, INC., et al., )    CASE NO. 3AN- 16- _0188 C_
)
_____ )    SUMMONS AND
Defendant(s). )    NOTICE TO BOTH PARTIES
_____ )    OF JUDICIAL ASSIGNMENT

To Defendant: __ABBVIE ENDOCRINOLOGY INC.__

You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave.,
Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition,
a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented)
__PHILLIP PAUL WEIDNER_____, whose address is: _943 W. 6TH AVE., STE. 300__.
ANCHORAGE, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge _Pfiffner_
and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

_4-22-16_                                    By: _____
Date                                             Deputy Clerk

_4-22-16_
I certify that on _4-22-16_ a copy of this Summons was  ☐ mailed  ☒ given to
☐ plaintiff  ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order  ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

Notice of Removal Exhibit
Page 57 of 68
CIV-100 ANCH (10/15)(cs)                  Civil Rules 4, 12, 42(c), 55
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 57 of 68
SUMMONS

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | | |
|---|---|---|
| MICHAEL CUSACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, INC.; | ) | |
| ABBVIE, INC; ABBVIE | ) | |
| ENDOCRINOLOGY INC.; ABBVIE US | ) | |
| LLC; PREDECESSORS AND/OR | ) | Case No. 3AN-16-_____ CI |
| SUCCESSORS IN INTEREST OF | ) | |
| ABBOTT LABORATORIES AND/OR | ) | |
| ABBVIE INC. AND/OR ABBVIE | ) | |
| ENDOCRINOLOGY INC. AND/OR | ) | |
| ABBVIE US LLC; LOUISE KRESSLY; | ) | |
| JOHN/JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK, ) | **COPY** |
| ) | Original Received |
| Plaintiff, ) | |
| v. ) | APR 2 2 2016 |
| ) | |
| ABBOTT LABORATORIES, INC.; ) | Clerk of the Trial Courts |
| ABBVIE, INC; ABBVIE ) | |
| ENDOCRINOLOGY INC.; ABBVIE US ) | |
| LLC; PREDECESSORS AND/OR ) | Case No. 3AN-16-𝑙𝑜𝐼𝐵𝐵 CI |
| SUCCESSORS IN INTEREST OF ) | |
| ABBOTT LABORATORIES AND/OR ) | |
| ABBVIE INC. AND/OR ABBVIE ) | |
| ENDOCRINOLOGY INC. AND/OR ) | |
| ABBVIE US LLC; LOUISE KRESSLY; ) | |
| JOHN/JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT

COMES NOW the Plaintiff Michael Cusack, by and through Counsel Phillip Paul Weidner of Phillip Paul Weidner & Associates, a Professional Corporation, and hereby states, pleads, alleges, claims, and complains as his causes of action in the instant matter as follows:

### PARTIES

1. Plaintiff Michael Cusack was and is a resident of the State of Alaska at all times pertinent hereto. Plaintiff was prescribed Humira, allegedly for Crohn's disease, around 2008 and he used same. Two drug company representatives, Louise Kressley, and John/Jane Doe 1, were frequently urging Plaintiff, who is a dermatologist, to order Humira for his patients, for a number of conditions, including psoriasis. The drug

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL. (907) 276-1200
FAX. (907) 278-6571

representatives failed to warn Plaintiff of the risks of taking Humira. The drug representatives also urged Plaintiff to increase the dosage of Humira he was taking.

2.   Prior to taking Humira, Plaintiff did not have heart problems. He suffers from a left bundle branch block, a defect in the bundle branches or fascicles in the electric conduction system of the heart. He also has premature ventricular contractions, which cause abnormal heartbeat. He presently has a cardiomyopathy diagnosis. None of these conditions were present before Plaintiff took Humira. At the time he took Humira starting in 2008, on information and belief, Abbott Laboratories Defendants did not warn of the potential side effects/complications of taking Humira. Plaintiff learned of the connection between Humira and his heart problems within the past two years.

3.   Defendant ABBOTT LABORATORIES, INC., is a corporation, and was doing business in Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska. Abbott Laboratories designed and/or manufactured and/or distributed and/or sold Humira throughout the world, and specifically to Alaska.

4.   Defendant ABBVIE, INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Page 2 of 7

Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 60 of 68

the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

5.  Defendant ABBVIE ENDOCRINOLOGY INC., is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie Endocrinology, Inc., either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie Endocrinology, Inc., is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

6.  Defendant ABBVIE US LLC, is a subsidiary and/or affiliated entity, to Abbott Laboratories. Abbvie U.S., LLC, either designed, and/or manufactured, and/or distributed, and/or sold the Humira at issue to Michael Cusack, and/or is a successor in interest continuing the same practice. Abbvie U.S., LLC is and was doing business in the State of Alaska, the United States, and throughout the world at all times relevant hereto, in a manner reasonably calculated to have an impact on the State of Alaska, and an impact on the Plaintiff herein in a foreseeable manner, which resulted in the Plaintiff's injuries such as to subject it to jurisdiction in the Courts of the State of Alaska.

7.  Defendant LOUISE KRESSLY and John/Jane Does 1-10, are, upon information and belief, agent(s) and/or manager(s) and/or employee(s) and/or independent contractor(s) of Abbott Laboratories and/or Abbvie, Inc., at all times pertinent hereto. Suit is brought as to Louise Kressly as to personal liability and/or

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,* Notice of Removal Exhibit                                    Page 3 of 7
Page 61 of 68
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 61 of 68

respondeat superior liability/vicarious liability of Abbott Laboratories and/or Abbvie, Inc. In addition, upon information and belief Louise Kressly and/or John/Jane Does 1-10, are and/or were residents of the State of Alaska at the pertinent time hereto. Further, upon information and belief, Louise Kressly and/or John/Jane Doe 1, distributed and/or sold the Humira to Plaintiff and to Plaintiff's medical providers. Furthermore, Ms. Kressly and/or John/Jane Doe 1 failed to warn of the risks of Humira, engaged in medical malpractice by urging Plaintiff to increase his dosage.

8. Defendants JOHN/JANE DOES 2-10 are entities and/or individuals presently unknown to Plaintiff, who were either related or affiliated with Abbott Laboratories, and/or Abbvie, Inc, and/or Abbvie Endocrinology Inc., and/or Abbvie U.S. LLC, and/or Louise Kressly, and/or involved in the design, manufacture, selling, advertising, warranting, and/or distributing of the subject Humira drug, and/or involved in the research and/or testing, and/or marketing of said products and/or similar products, or responsible for same. The Defendants are collectively referred to as "Abbott Laboratories Defendants" and/or "Abbott Laboratories".

9. It is the intent and purpose of the filing and service of this Complaint to make claims against and file suit against and give notice to all culpable Defendants, and to preserve Plaintiff's right to obtain relief from same, and all named Defendants are requested to notify all culpable Defendants and parties.

10. All Defendants including all named defendants herein and John/Jane Doe defendants and any other culpable defendants referred to herein, are referred to as the Abbott Laboratories Defendants.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,* Notice of Removal Exhibit
Page 4 of 7
Case 3:16-cv-00166-SLG Document 1-1 Filed 08/01/16 Page 62 of 68

11.     At the time of the sale and/or use of the subject Humira and/or the injuries to the Plaintiff, Abbott Laboratories Defendants were engaged in the business of designing, and/or manufacturing, and/or selling, and/or distributing, and/or marketing said alleged drug Humira and other similar products. The Abbott Laboratories Defendants had an obligation and responsibility to design and manufacture and sell and introduce into the stream or commerce, safe products fully tested with full disclosure of the risks as well as full disclosure of all testing of the product and results. Humira continued to be manufactured, marketed, sold, and Abbott Laboratories Defendants refused to recall, and/or adequately warn, even after it became known that said product could cause severe injury to the recipients including knowledge of prior injuries before Plaintiff was prescribed the drug, leading to chronic heart problems, and was defectively designed and/or manufactured and/or marketed without adequate warning and without adequate testing or studies.

12.     On information and belief, neither the Abbott Laboratories Defendants, nor their representatives informed Plaintiff, nor Plaintiff's health care providers, of adverse effects as to use of the product, nor minimized the risk, nor provided appropriate warnings and other information. They advertised the product as the best available such product on the market at the time.

## FIRST CAUSE OF ACTION
## STRICT LIABILITY

13.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 12 above as fully set out.

14.     Abbott Laboratories Defendants are strictly liable for the manner in which Humira was designed, manufactured, advertised, warranted, and/or distributed, which did

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

not perform as a reasonable consumer/user would expect, including Plaintiff Michael Cusack and his treating doctors.

## SECOND CAUSE OF ACTION
## NEGLIGENCE

15.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 14 above as fully set out.

16.     Abbott Laboratories Defendants are negligent in the manner in which they designed, manufactured, advertised, warranted, and/or warned the consumer/users of Humira of the failure rate, adverse events, and/or adverse consequences, and/or defective nature of Humira.

## THIRD CAUSE OF ACTION
## IMPLIED WARRANTY

17.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 16 above as fully set out.

18.     Abbott Laboratories Defendants are liable for breach of one or more implied warranties under the law as Humira did not perform as the medical providers and Michael Cusack would have expected as reasonable consumers.

## FOURTH CAUSE OF ACTION
## EXPRESS WARRANTY

19.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 18 above as fully set out.

20.     Abbott Laboratories Defendants are liable due to breach of care or express warranties, including misrepresenting to Plaintiff and treating doctors the benefits of Humira and minimizing the risks.

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.* Notice of Removal Exhibit
Page 6 of 7
Case 3:16-cv-00166-SLG   Document 1-1   Filed 08/01/16   Page 64 of 68

## FIFTH CAUSE OF ACTION
## FAILURE TO WARN

21.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 20 above as fully set out.

22.     Abbott Laboratories Defendants are liable due to failure to warn and/or alert consumers of the injuries or diseases cause by Humira.

## SIXTH CAUSE OF ACTION
## PUNITIVE DAMGES

23.     Plaintiff realleges, repleads, recomplains, and restates as to their causes of action herein paragraphs 1 through 22 above as fully set out.

24.     The reckless and willful and grossly reckless and wanton actions of the Abbott Laboratories Defendants, with reckless and willful disregard for the consequences, warrant punitive damages as to the conduct of each and all of said Defendants, which was willful, wanton, reckless, and grossly reckless and in deliberate and willful disregard of all the foreseeable consequences; such that punitive damages in an appropriate amount should be awarded, given due regard for the net worth and insurance coverage of the Defendants, the enormous profits in the billions of dollars generated by Humira, and the reckless, willful, grossly negligent, culpable and wanton conduct of the Abbott Laboratories Defendants, to chill and deter and punish such conduct and failure to act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

COMPLAINT
*Cusack v. Abbott Laboratories, et al.,*

Page 7 of 7

1.    Imposition of compensatory damages jointly and/or severally against defendants in the maximum amount allowed under the law, in an amount in excess of $1,000,000;

2.    Punitive damages against the defendants in an amount in excess of $1,000,000;

3.    For appropriate prejudgment and post judgment interest in the maximum amount allowable by law;

4.    For costs and attorney's fees in the maximum amount allowable under the law;

5.    For each and other relief the Court deems just and equitable.

RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

Phillip Paul Weidner
ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

**COMPLAINT**
*Cusack v. Abbott Laboratories, et al.,*

Notice of Removal Exhibit
Page 66 of 68

Page 8 of 7

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE, ALASKA, 99501
TEL (907) 276-1200
FAX (907) 278-6571

**COMPLAINT**
*Cusack v. Abbott Laboratories, et al.;*

Notice of Removal Exhibit

Page 9 of 7

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

COPY

| | |
|---|---|
| MICHAEL CUSACK,<br><br>    Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC.;<br>ABBVIE, INC; ABBVIE<br>ENDOCRINOLOGY INC.; ABBVIE US<br>LLC; PREDECESSORS AND/OR<br>SUCCESSORS IN INTEREST OF<br>ABBOTT LABORATORIES AND/OR<br>ABBVIE INC. AND/OR ABBVIE<br>ENDOCRINOLOGY INC. AND/OR<br>ABBVIE US LLC; LOUISE KRESSLY;<br>JOHN/JANE DOES 1-10,<br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Original Received

APR 2 2 2016

Clerk of the Trial Courts

Case No. 3AN-16- 01 88    CI

## **DEMAND FOR JURY TRIAL**

Plaintiff, by and through counsel, hereby requests and demands a jury trial pursuant to the United States and Alaska Constitutions, and Alaska Rule of Civil Procedure 38, as to all issues so triable.

RESPECTFULLY submitted this 22nd day of April, 2016, at Anchorage, Alaska.

       WEIDNER & ASSOCIATES
       Counsel for Plaintiffs

       Phillip Paul Weidner
       Phillip Paul Weidner
       ABA No. 7305032

WEIDNER & ASSOCIATES, APC
943 WEST SIXTH AVENUE, SUITE 300
ANCHORAGE ALASKA, 99501
TEL (907) 276-1200
FAX. (907) 278-6571