Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
Alaska Bar No. 8511179
911 West 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom@matthewszahare.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK, )<br>)<br>　　　　Plaintiff, )<br>　　vs. )<br>)<br>ABBOTT LABORATORIES, INC., )<br>ABBVIE, INC., ABBVIE )<br>ENDOCRINOLOGY, INC.; ABBVIE US )<br>LLC; PREDECESSORS AND/OR )<br>SUCCESSORS IN INTEREST OF )<br>ABBOTT LABORATORIES AND/OR )<br>ABBVIE INC. AND/OR ABBVIE )<br>ENDOCRINOLOGY INC., AND/OR )<br>ABBVIE US LLC; LOUISE KRESSLEY; )<br>and JOHN/JANE DOES 1-10, )<br>)<br>　　　　Defendants. ) | Case No.: 3:16-cv- _____<br><br><br><br><br><br>State of Alaska Superior Court<br>Third Judicial District<br>Case No.: 3AN-16-06188 CI |

**ENTRY OF APPEARANCE**

Matthews & Zahare, P.C., enters its appearance on behalf of Defendants and requests that copies of all correspondence and pleadings, excluding service of process, be directed to it at 911 W. 8th Ave., Suite 400, Anchorage, Alaska 99501.

DATED this 1st day of August, 2016 in Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Defendants


By: /s/ Thomas A. Matthews
Alaska Bar No. 8511179
911 West 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom@matthewszahare.com

Michael P. Foradas, P.C.*
Renee D. Smith*
Brenton A. Rogers*
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
michael.foradas@kirkland.com
renee.smith@kirkland.com
brenton.rogers@kirkland.com

Dmitriy Tishyevich*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dmitriy.tishyevich@kirkland.com

*Admission *pro hac vice* to be sought.

Entry of Appearance (USDC)
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-_____ ___*
TAM:jlw/2268-1/EOA(USDC)　　　　　　　　　　　　　　　　　　　　　Page 2 of 3
Case 3:16-cv-00166-SLG   Document 6   Filed 08/01/16   Page 2 of 3

CERTIFICATE OF SERVICE

I certify that I caused a copy of the
foregoing by CM/ECF transmission this
1st day of August 2016 to:

Phillip Paul Weidner, Esq.
Weidner & Associates, APC
943 West 6th Ave., Suite 300
Anchorage, AK 99501
*phillipweidner@weidnerjustice.com*
*Counsel for Plaintiff*


  s/Joyce L. Wylie_____

Entry of Appearance (USDC)
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-_____ \_\_\_*
TAM:jlw/2268-1/EOA(USDC)      Page 3 of 3
Case 3:16-cv-00166-SLG   Document 6   Filed 08/01/16   Page 3 of 3