Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
Alaska Bar No. 8511179
911 West 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom@matthewszahare.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ABBOTT LABORATORIES, INC., ) <br> ABBVIE, INC., ABBVIE ) <br> ENDOCRINOLOGY, INC.; ABBVIE US ) <br> LLC; PREDECESSORS AND/OR ) <br> SUCCESSORS IN INTEREST OF ) <br> ABBOTT LABORATORIES AND/OR ) <br> ABBVIE INC. AND/OR ABBVIE ) <br> ENDOCRINOLOGY INC., AND/OR ) <br> ABBVIE US LLC; LOUISE KRESSLEY; ) <br> and JOHN/JANE DOES 1-10, ) <br> ) <br> Defendants. ) | Case No.: 3:16-cv- _____ <br><br><br><br> State of Alaska Superior Court <br> Third Judicial District <br> Case No.: 3AN-16-06188 CI |

### SERVICE LIST

Defendants submit the following service list in the above-referenced action as

follows:

Phillip Paul Weidner, Esq.
Weidner & Associates, APC
943 West 6th Ave., Suite 300
Anchorage, AK 99501
Phone: (907) 276-1200
Fax: (907) 278-6571
[phillipweidner@weidnerjustice.com](phillipweidner@weidnerjustice.com)
*Counsel for Plaintiff*

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
Alaska Bar No. 8511179
911 West 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
[tom@matthewszahare.com](tom@matthewszahare.com)
*Counsel for Defendants*

DATED this 1st day of August, 2016 in Anchorage, Alaska.

    MATTHEWS & ZAHARE, P.C.
    Counsel for Defendants


    By: /s/ Thomas A. Matthews
        Alaska Bar No. 8511179
        911 West 8th Ave., Suite 400
        Anchorage, AK 99501
        Phone: (907) 276-1516
        Fax: (907) 276-8955
        [tom@matthewszahare.com](tom@matthewszahare.com)

        Michael P. Foradas, P.C.*
        Renee D. Smith*
        Brenton A. Rogers*
        KIRKLAND & ELLIS LLP
        300 N. LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200
        michael.foradas@kirkland.com
        renee.smith@kirkland.com
        brenton.rogers@kirkland.com

Service List
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-_____ ___*
TAM:jlw/2268-1/Service List     Page 2 of 3
Case 3:16-cv-00166-SLG    Document 7    Filed 08/01/16    Page 2 of 3

Dmitriy Tishyevich*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:     (212) 446-4900
dmitriy.tishyevich@kirkland.com

*Admission *pro hac vice* to be sought.

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing by CM/ECF transmission this 1st day of August 2016 to:

Phillip Paul Weidner, Esq.
Weidner & Associates, APC
943 West 6th Ave., Suite 300
Anchorage, AK 99501
*phillipweidner@weidnerjustice.com*
*Counsel for Plaintiff*


  s/Joyce L. Wylie_____

Service List
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-_____ ___*
TAM:jlw/2268-1/Service List                                                                                       Page 3 of 3
Case 3:16-cv-00166-SLG   Document 7   Filed 08/01/16   Page 3 of 3