Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
Alaska Bar No. 8511179
911 West 8th Ave., Suite 400
Anchorage, AK 99501
Phone:  (907) 276-1516
Fax:  (907) 276-8955
tom@matthewszahare.com

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MICHAEL CUSACK, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ABBOTT LABORATORIES, INC., ) <br> ABBVIE, INC., ABBVIE ) <br> ENDOCRINOLOGY, INC.; ABBVIE US ) <br> LLC; PREDECESSORS AND/OR ) <br> SUCCESSORS IN INTEREST OF ) <br> ABBOTT LABORATORIES AND/OR ) <br> ABBVIE INC. AND/OR ABBVIE ) <br> ENDOCRINOLOGY INC., AND/OR ) <br> ABBVIE US LLC; LOUISE KRESSLY; ) <br> and JOHN/JANE DOES 1-10, ) <br> ) <br> Defendants. ) | Case No.:  3:16-cv-00166 SLG <br><br><br><br><br><br> State of Alaska Superior Court <br> Third Judicial District <br> Case No.:  3AN-16-06188 CI |

**DEFENDANTS' CERTIFICATE OF SERVICE**

Defendants, through counsel Matthews & Zahare, P.C., hereby certify that it

mailed by U.S. Postal Service, on August 1, 2016, to counsel of record for Plaintiff,

Phillip Paul Weidner, Esq. of Weidner & Associates, APC, 943 West 6th Ave., Suite 300,

Anchorage, Alaska 99501 the following documents:

Defendants' Certificate of Service
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-00166 SLG*
TAM:jlw/2268-1/Def'sCertofService                                                                                    Page 1 of 3

Case 3:16-cv-00166-SLG   Document 12   Filed 08/15/16   Page 1 of 3

- Declaration of Jennifer M. Lagunas (Docket 3);

- Declaration of Michelle Beiser (Docket 4); and

- Affidavit of Louise Kressly and Exhibits A-D (Dockets 5, 5-1 thru 5-4)

These documents were mailed as supporting documents with Defendants' Notice of Removal (Docket 1), also mailed by U.S. Postal Service on August 1, 2016.

DATED this 15th day of August, 2016 in Anchorage, Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Defendants

By:   /s/ Thomas A. Matthews
      Alaska Bar No. 8511179
      911 West 8th Ave., Suite 400
      Anchorage, AK 99501
      Phone: (907) 276-1516
      Fax: (907) 276-8955
      tom@matthewszahare.com

      Michael P. Foradas, P.C.*
      Renee D. Smith*
      Brenton A. Rogers*
      KIRKLAND & ELLIS LLP
      300 N. LaSalle
      Chicago, IL 60654
      Telephone: (312) 862-2000
      Facsimile: (312) 862-2200
      michael.foradas@kirkland.com
      renee.smith@kirkland.com
      brenton.rogers@kirkland.com

      Dmitriy Tishyevich*
      KIRKLAND & ELLIS LLP
      601 Lexington Avenue
      New York, New York 10022
      Telephone: (212) 446-4800
      Facsimile: (212) 446-4900
      dmitriy.tishyevich@kirkland.com

      *Admission *pro hac vice* to be sought.

Defendants' Certificate of Service
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-00166 SLG*
TAM:jlw/2268-1/Def'sCertofService     Page 2 of 3
Case 3:16-cv-00166-SLG   Document 12   Filed 08/15/16   Page 2 of 3

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing by CM/ECF transmission this 15th day of August 2016 to:

Phillip Paul Weidner, Esq.
Michael Cohn, Esq.
Weidner & Associates, APC
943 West 6th Ave., Suite 300
Anchorage, AK 99501
*phillipweidner@weidnerjustice.com*
*Counsel for Plaintiff*

  s/Joyce L. Wylie

Defendants' Certificate of Service
*Cusack vs. Abbott Laboratories, Inc. et al 3:16-cv-00166 SLG*
TAM:jlw/2268-1/Def'sCertofService                                                    Page 3 of 3
Case 3:16-cv-00166-SLG   Document 12   Filed 08/15/16   Page 3 of 3