IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL CUSACK,<br><br>                      Plaintiff,<br>    v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>                      Defendants. | Case No. 3:16-cv-00166-SLG |

## SCHEDULING AND PLANNING ORDER

I.   Meeting of the Parties

Based upon information available to the Court through a status report completed by the parties pursuant to Rules 16 and 26(f), Federal Rules of Civil Procedure, and, if one was held, the scheduling and planning conference, this order for the pretrial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure.

II.   Pre-Discovery Disclosures

    A. The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

        1.   ____ has been exchanged by the parties.

        2.   _X_ shall be exchanged by the parties on or before **March 16, 2017.**

    B. Preliminary witness lists:

        1.   ____ have been exchanged by the parties.

        2.   _X_ shall be exchanged by the parties on or before **March 16, 2017.**

Each party must contemporaneously prepare and maintain a written record of all disclosures and supplementation of disclosures or responses made to requests for

discovery under Rule 26(a) and (e), Federal Rules of Civil Procedure. Unless required in support of a motion or by order of the Court, disclosures and supplemental disclosures are not to be filed with the Court.

III. Discovery Plan

Discovery shall be conducted in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure, any applicable Local Rules, and the discovery plan contained in the status report of the parties except as otherwise provided below.

    A. Preserving discovery information.

        1. __X__ There is no indication that this will be an issue.

        2. ____ *[Other]*

    B. Discovery or disclosure of electronically stored information shall be handled as follows:

        1. __X__ The parties may proceed as they have proposed.

        2. ____ *[Other]*

    C. Claims of privilege or protection of trial preparation materials shall be handled as follows:

        1. ____ There is no indication that this will be an issue.

        2. ____ The parties have entered into a confidentiality agreement.

        3. __X__ The parties shall submit their proposed confidentiality agreement on or before **March 16, 2017**.

D. Plaintiff shall identify his experts (by name, address, and area of expertise) no later than **October 16, 2017.** Defendant shall identify its experts by **November 15, 2017**.

E. Expert witness disclosures in accordance with Rule 26(a)(2) (i.e. expert reports) shall be made:

   1. __X__ By all parties on or before **January 12, 2018.**

   2. __X__ Rebuttal reports shall be disclosed on or before **30 days after service of the report being rebutted.**

F. Disclosures and discovery responses shall be supplemented in accordance with Rule 26(e):

   1. ____ at intervals of ____ days; <u>and</u> final supplementations shall be served 60 days before the close of fact discovery.

   2. __X__ as new information is acquired, but not later than 60 days before the close of fact discovery.

G. A final discovery witness list, disclosing all lay and expert witnesses that a party may wish to call at trial either by live testimony or deposition, shall be served and filed not later than: **January 31, 2018**. Unless otherwise ordered for good cause shown, only those witnesses disclosed in this witness list will be permitted to testify at trial.

H. Discovery shall be scheduled so as to be <u>completed</u> by:

   __X__ As to all fact discovery, on or before **October 16, 2017**,

and as to all expert discovery, on or before **February 28, 2018**.

I. The following limitations on discovery are imposed:

1. __X__ The limitations set forth in Federal Rules of Civil Procedure 26(b), 30, and 33 apply, except as indicated below.

2. Depositions.

   (a) __X__ The maximum number of depositions by each party shall not exceed **10**.

   (b) (1) __X__ Depositions shall not exceed **7** hours as to any deponent.

   **or**

   (2) (a) __X__ Depositions shall not exceed **7** hours as to non-party deponents.

   (b) __X__ Depositions shall not exceed **7** hours as to party[2] deponents.

3. __X__ The maximum number of interrogatories posed by each party shall not exceed **25**.

---

[2] Unless otherwise specified, the Court will consider corporate officer, Rule 30(b)(6) witness, and expert witness depositions to be subject to the time limitation applicable to party depositions.

4. __X__ The maximum number of requests for admissions posed by each party shall not exceed **25**.

5. ____ *[Other limitations:]*

IV. Pretrial Motions

A. Preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation shall be served and filed not later than:

1. __X__ Not applicable.

2. ____ *[Date:]*

B. Motions to amend, motions under the discovery rules, motions <u>in limine</u>, and dispositive motions:

1. __X__ shall be served and filed within the times specified by the applicable rules, except as indicated below.

2. __X__ Motions to amend pleadings, including motions to add parties, shall be served and filed not later than **April 21, 2017**. Thereafter, a party must seek leave of the Court to modify this deadline. *See* Civil Rule 16(b)(3)(A) and (b)(4).

3. __X__ Motions under the discovery rules shall be served and filed not later than **14 days after the close of the applicable discovery period (fact discovery or expert discovery).**

4. __X__ Dispositive motions shall be served and filed not later than **April 16, 2018**.

5. __X__ Motions as to the qualifications of experts and <u>Daubert</u> motions shall be filed and served not later than **March 1, 2018**.

V. <u>Further Pretrial Proceedings</u>

A. __X__ The parties have not requested a scheduling conference with the Court.

B. __X__ The parties have not consented to all further proceedings in this case being before a United States Magistrate Judge.

C. With reference to the disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

1. ____ The parties are in compliance or the rule is not applicable.

2. __X__ Compliance shall be accomplished on or before **March 16, 2017**.

D. The parties have considered and reported to the Court regarding possible alternative dispute resolution procedures.

E. Either party may request a trial setting conference at any time to establish a trial date. The Court, on its own initiative, will schedule a trial setting conference after the close of discovery.

VI. <u>Trial</u>

It is estimated that this case will require **10** days for trial by **jury**.

DATED this 28th day of February, 2017 at Anchorage, Alaska.

<u>*/s/ Sharon L. Gleason*</u>
UNITED STATES DISTRICT JUDGE