Thomas A. Matthews, Esq.
MATTHEWS & ZAHARE, P.C.
Alaska Bar No. 8511179
911 West 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom@matthewszahare.com

Michael P. Foradas, Esq. *Pro Hac Vice*
Renee D. Smith, Esq. *Pro Hac Vice*
Brenton A. Rogers, Esq. *Pro Hac Vice*
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Phone: (312) 862-2000
Fax: (312) 862-2200
michael.foradas@kirkland.com
renee.smith@kirkland.com
brenton.rogers@kirkland.com

Dmitriy Tishyevich, Esq. *Pro Hac Vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Fax: (212) 446-4900
dmitriy.tishyevich@kirkland.com

**Counsel for Defendants**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| MICHAEL CUSACK, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ABBOTT LABORATORIES, INC., )<br>ABBVIE, INC., et al, )<br>Defendants. )<br>State Court Case No. 3AN-16-06188 CI | Case No.: 3:16-cv-00166 SLG |

Defendants' Response to Motion for Leave to Withdraw as Counsel for Plaintiff         Page 1 of 4
*Cusack v. Abbott Laboratories, et al.*, Case No. 3:16-cv-00166 SLG
2268-1/Defs'ResponseMtnWithdraw

Case 3:16-cv-00166-SLG   Document 45   Filed 04/25/17   Page 1 of 4

**DEFENDANTS' ABBOTT LABORATORIES INC., ABBVIE INC., ABBVIE ENDOCRINOLOGY INC., AND ABBVIE US LLC'S RESPONSE TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Defendants Abbott Laboratories Inc., AbbVie Inc., AbbVie Endocrinology Inc., and AbbVie US LLC (together, "Defendants") submit this response to the Motion for Leave to Withdraw as Counsel for Plaintiff, filed by Philip Paul Weidner and the Law Offices of Philip Paul Weidner & Associates (together, "Weidner"). (Dkt. 44.) Defendants do not object to Weidner's request to withdraw as counsel, but wish to apprise the Court of certain further details that may be relevant in deciding the Motion.

Under the Court's February 28, 2017 Scheduling and Planning Order (Dkt. 40), the parties were obligated to exchange their initial Rule 26(a) disclosures and preliminary witness lists by March 16, 2017.[1] Defendants served their disclosures on Plaintiffs on March 16 as required by the Scheduling and Planning Order, and have fully complied with their obligations under the Order.

Plaintiff has not done the same. After Plaintiff's deadline to serve the disclosures came and went, and after repeated inquiries from Defendants, Plaintiff's counsel first advised that he would provide disclosures during the week of March 27, and then that he would provide them after April 4. It is now April 25—over a month after the March 16 deadline—but Defendants still have not received Plaintiff's disclosures. Plaintiff's counsel moreover has not committed to providing these disclosures to Defendants before withdrawing. As a result, Defendants now face the prospect of a ninety-day delay while Plaintiff seeks new counsel, while still lacking the most basic information

---

[1] For ease of reference, Defendants will refer to Rule 26(a) initial disclosures and the preliminary witness list together as "disclosures" throughout.

Defendants' Response to Motion for Leave to Withdraw as Counsel for Plaintiff  Page 2 of 4
*Cusack v. Abbott Laboratories, et al.*, Case No. 3:16-cv-00166 SLG
2268-1/Defs'ResponseMtnWithdraw
Case 3:16-cv-00166-SLG   Document 45   Filed 04/25/17   Page 2 of 4

about Plaintiff's claims, damages, potential witnesses, and other information that would enable Defendants to begin preparing their defenses.

This delay is especially concerning given statements made in Weidner's motion and the accompanying affidavit. Defendants have long been skeptical of Cusack's claim that Humira could have caused his alleged injuries. [*See* Dkt. 33 at 9.] Now it appears that Defendants' skepticism is justified. Weidner's affidavit states that counsel "agreed to bring a civil action for Michael Cusack arising out of a heart condition which ***he claims*** was caused by Defendant(s)' product, Humira while ***we continued to investigate***." [Dkt. 44-1 at ¶ 1 (emphases added).] Likewise, Weidner's motion states that Cusack is "arranging to go out of state" in part to seek "medical evidence of the connection between his medical condition and the use of defendant's drug, Humira." [Dkt. 44 at 2.] These statements suggest that Cusack may be delaying providing Defendants information about his injuries because he lacks evidence of causation.

Defendants do not object to Weidner's request to withdraw and for a ninety-day period for Plaintiff to find new counsel. However, in light of Plaintiff's failure to provide the disclosures required by the Scheduling and Planning Order, the lack of any real development of this case by Plaintiff to date, the absence of any evidence of causation, and the fact that ninety days should be more than enough to find new counsel, Defendants respectfully submit that no further extensions should be granted.

Defendants' Response to Motion for Leave to Withdraw as Counsel for Plaintiff  Page 3 of 4
*Cusack v. Abbott Laboratories, et al.*, Case No. 3:16-cv-00166 SLG
2268-1/Defs'ResponseMtnWithdraw

Case 3:16-cv-00166-SLG   Document 45   Filed 04/25/17   Page 3 of 4

DATED this 25th day of April 2017 in Anchorage, Alaska.

        Respectfully submitted,

        MATTHEWS & ZAHARE, P.C.
        Counsel for Defendants

        By:   /s/ Thomas A. Matthews
             Alaska Bar No. 8511179
             911 West 8th Ave., Suite 400
             Anchorage, AK 99501
             Phone: (907) 276-1516
             Fax: (907) 276-8955
             tom@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on April 25, 2017, I caused a true and correct copy
of the foregoing to be sent CM/ECF transmission to:

Phillip Paul Weidner, Esq.
Michael Cohn, Esq.
Weidner & Associates, APC
943 West 6th Ave., Suite 300
Anchorage, AK 99501
phillipweidner@weidnerjustice.com
*Counsel for Plaintiff*


  s/Joyce L. Wylie

Defendants' Response to Motion for Leave to Withdraw as Counsel for Plaintiff    Page 4 of 4
*Cusack v. Abbott Laboratories, et al.*, Case No. 3:16-cv-00166 SLG
2268-1/Defs'ResponseMtnWithdraw

Case 3:16-cv-00166-SLG   Document 45   Filed 04/25/17   Page 4 of 4