Michael Cusack
200 West 34th Avenue, #1800
Anchorage, Alaska  99503
Phone:  907-562-2275
Fax:  907-563-7929
email:  doc@akskinmd.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL CUSACK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 3:16-cv-00166-SLG |

**ORDER**

Plaintiff Michael Cusack has filed a Motion for Extension of Time seeking an additional 90 days to obtain other counsel to represent him in this matter. For good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. Michael Cusack is hereby granted an additional 90 days – until the close of business on October 24, 2017 – to obtain other counsel to represent him in this matter.

//

ORDER
*Cusack v. Abbott Labs, et al.*, Case No. 3:16-cv-00166-SLG　　　Page 1 of 2
Case 3:16-cv-00166-SLG　Document 47-1　Filed 07/25/17　Page 1 of 2

DATED this ____ day of _____, 2017 at Anchorage, Alaska.

_____
United States District Judge

CERTIFICATE OF SERVICE
THIS IS TO CERTIFY THAT on the
25 day of July, 2017, a true
and correct copy of the foregoing
was served by M̶̶̶̶̶ on:
           MC

Thomas A. Matthews
Matthews & Zahare, P.C.
911 W. 8th Ave., Ste. 400
Anchorage, AK  99501

Brenton Adam Rogers
Michael Peter Foradas
Renee Deborah Smith
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654

Dmitriy G. Tishyevich
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022

_____
Michael Cusack

ORDER
*Cusack v. Abbott Labs, et al.*, Case No. 3:16-cv-00166-SLG    Page 2 of 2
Case 3:16-cv-00166-SLG   Document 47-1   Filed 07/25/17   Page 2 of 2