IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MICHAEL CUSACK,

                Plaintiff,

      v.

ABBOTT LABORATORIES, INC. et al.,

                Defendants.

Case No. 3:16-cv-00166-SLG

## ORDER

Plaintiff has filed a Motion for Extension of Time at Docket 47, seeking an additional 90 days to obtain counsel to represent him. Defendants opposed the motion at Docket 49, and filed a Motion to Amend the Scheduling and Planning Order at Docket 50.

Based on the foregoing, IT IS ORDERED that Plaintiff's motion for an additional extension of time is DENIED. Plaintiff's prior counsel filed his motion to withdraw on April 11, 2017. There has been ample time since then for Plaintiff to retain substitute counsel.

The Court also GRANTS Defendants' motion at Docket 50 and adopts Defendants' proposed amendments to the scheduling and planning order. A separate order with those amendments shall be issued forthwith.

DATED this 28th day of August, 2017 at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE